# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Josefina Abreu    Cr.:06-CR-793-01
PACTS #: 44915

Name of Sentencing Judicial Officer: The Honorable William H. Walls

Date of Original Sentence: 01/21/09

Original Offense: Conspiracy to Defraud the United States

Original Sentence: 3 years Probation; 4 months Home Confinement; Mental Health; ICE, DNA and $2,055,337 Restitution

Type of Supervision: PROB    Date Supervision Commenced: 01/21/09

## STATUS REPORT

U.S. Probation Officer Action:

On January 21, 2009, the offender was began her 36 month term of probation. The offender was transferred to our low intensity caseload on May 31, 2011.

Ms. Abreu currently resides in Paterson, NJ. The offender is currently collecting Social Secuirty Disability benefits. We believe that Ms. Abreu has paid the court-ordered restitution to the best of her financial ability. To date, she has paid $715 towards her obligation. It should be noted that should her term of supervision expire as scheduled, her case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Ms. Abreu's term of supervision to expire as scheduled on January 20, 2012.

Respectfully submitted,

By: Patricia C. Jensen
U.S. Probation Officer Assistant
Date: January 2, 2012

[✓] Concur with the recommendation of the U.S. Probation Office
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

_____
Date